UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PETER (PETRA) GARDELLA,

           Plaintiff,

v.

MANHATTANVILLE COLLEGE,

           Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Civil Action No.:
7:24-cv-02677

---

It is hereby stipulated and agreed, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that the Complaint in this action is hereby dismissed with prejudice, and without costs to either party against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
       December 16, 2024

**CHARNY & WHEELER P.C.**

*[signature]*

Nathaniel K. Charny
H. Joseph Cronen
42 West Market Street
Rhinebeck, New York 12572
Tel - (845) 876-7500
ncharny@charnywheeler.com
jcronen@charnywheeler.com
*Attorneys for Plaintiff*

**BOND, SCHOENECK & KING PLLC**

*[signature]*

Louis P. DiLorenzo
Samuel G. Dobre
600 Third Avenue 22nd floor
New York, New York 10016-1915
T: 646.253.2315
dilorel@bsk.com
sdobre@bsk.com
*Attorneys for Defendant*